**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cindy Martin,<br><br>    Plaintiff,<br><br>v.<br><br>NaphCare Incorporated, et al.,<br><br>    Defendants. | NO. CV-25-02551-PHX-KML<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 17, 2025, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                                                            Debra D. Lucas
                                                                            District Court Executive/Clerk of Court

January 7, 2026

                                                                            s/ Rebecca Kobza
                                                                    By   Deputy Clerk